Anita THOMAS, Plaintiff–Appellant,

v.

CUMBERLAND COUNTY BOARD OF EDUCATION; Vanstory Hills Elementary School, Defendants–Appellees,

and

Betty Musslewhite; Karen Koonce; Lynn Glass, Defendants.

No. 13–2240.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 4, 2014.

Anita Thomas, Appellant pro se. Amy Yager Jenkins, McAngus, Goudelock & Courie, LLC, Mount Pleasant, South Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Thomas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her civil action alleging retaliation under Title VII of the Civil Rights Act of 1964, and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by

the district court. *Thomas v. Cumberland Cnty. Bd. of Educ.*, No. 5:10–cv–00552–FL (E.D.N.C. Aug. 28, 2013; Oct. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*